**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.            NO. 4:12CR00071-004  SWW | |
| STEPHANIE DENISE DOLPHIN | DEFENDANT |

### ORDER

Pending before the Court is defendant's motion for early termination of probation previously imposed. The government objects to the early termination of probation, and the memorandum prepared by the probation officer states that based on the criteria used by the U. S. Probation Office to assess individuals requesting early termination, the defendant is not eligible at this time. The Court has considered the defendant's motion, government's response and the U. S. Probation Officer's memorandum and finds that defendant's motion should be denied at this time.

IT IS THEREFORE ORDERED that defendant's motion for early termination of probation [doc #142]  previously imposed be, and it is hereby, ***DENIED***.

Dated this 24th day of September 2014.

/s/Susan Webber Wright
United States District Judge